

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED (UK) and
BURBERRY LIMITED (US)

                Plaintiffs,

v.

BURBERRY-SCARVES.COM; PINGBURBERRYSCARF.COM;
XIAO XIAO; CHEAPBURBERRYSCARF.COM;
BURBERRY2U.COM; BALI BAO; INBURBERRY.COM; BOO
BO; BURBERRYDRESS.COM; BURBERRYSCARF-UK.COM;
BURBERRYSCARF-US.COM; ZHOU YINGJIE;
USBURBERRYOUTLETS.COM; USBURBERRYSCARF.COM;
XIAOBO QU; BURBERRYOUTLETSTORES.NET;
USBURBERRYOUTLET.NET; BURBERRY-OUTLET-
ONLINE.NET; UKBURBERRY.NET; WENG XIAO TENG;
BURBERRY-OUTLET-ONLINE.COM; HUANG FEI FEI;
BURBERRYOUTLETONLINE.NET; LIN BINBIN;
BURBERRYOUTLETONLINES.COM; HUANG WEIBIN;
BURBERRYUK.NET; USABURBERRY.COM;
USABURBERRY.NET; LIN XIAOCHUN;
BURBERRY4BAGS.COM; LIU QI DONG;
BURBERRYLINES.COM; LINENQIAO;
BURBERRY4HANDBAGS.COM; WANG DONG MU;
MYBURBERRYSHOPS.COM; HE GU MING;
BURBERRY-BAGS.COM; ZHONGLIN;
BURBERRY-SCARF.NET; BEIXING; BURBERRY-BAG.ORG;
TVB; BURBERRYONSLAE.COM; XIN ZHONG;
MYBURBERRYOUTLET.COM; ZHANG DAMING;
SALEBURBERRYBAGS.COM; LVDI; BURBERRY-SCARF-
SALE.NET; LI JINGJING; BURBERRY-OUTLET.ORG; RALIX
TIKER; DISCOUNT-BURBERRY-HANDBAGS.ORG;
US-BURBERRYOUTLET.COM; SAM WU a/k/a WU
YUANSHENG; USBURBERRYOUTLET.COM; GRANT a/k/a
WU GRANT; BURBERRYSCARF.ORG; LIN SHENG;
BURBERRY-OUTLET-STORES.COM; LIU NAN;
BURBERRYOUTLETONLINE.COM; LI XIAO BO;
BURBERRY-OUTLET.NET; XYZ COMPANIES; and JOHN
DOES 1-100.

                Defendants.

10 CIV. 9240 (TPG)

**AMENDMENT TO JUNE 22, 2011
ORDER HOLDING
DEFENDANTS IN CIVIL
CONTEMPT**

The June 22, 2011 Order Holding Defendants in Civil Contempt (the "Contempt Order") entered by Judge Castel in Part I, is amended to substitute the following provisions for the ordering paragraph commencing on Page 12:

"IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, and due to Defendants' ongoing proliferation of infringing domain names incorporating one or more of the Burberry Trademarks for operation of its counterfeiting activities:

1. As Plaintiffs discover new domain names, registered by Defendants, containing one or more of the Burberry Trademarks or marks confusingly similar thereto ("Newly-Detected Domains"), Plaintiffs shall bring notice of the Newly-Detected Domains to the Court's attention, and seek to establish to the Court's satisfaction that the Newly-Detected Domains violate the Contempt Order. Upon this showing, the Court shall enter an appropriate order holding that the Newly-Detected Domains fall within the scope of the Contempt Order (collectively, the "Notice and Order").

2. Burberry shall provide a copy of the Notice and Order issued by the Court to both the appropriate Internet registry (including, without limitation, Verisign, Inc. and the Public Interest Registry), and the ICANN accredited domain name registrar(s) of record for the Newly- Detected Domains.

3. If the registrar is located outside of the United States, within two (2) business days of delivery of the Notice and Order, the domain name registry shall place the Newly-Detected Domains on Registry Lock, making them non-transferable by the Defendant-registrants.

4. If the registrar is located within the United States, the registrar, within two (2) business days of delivery of the Notice and Order, shall place the Newly-Detected Domains on Registrar Lock.  If the registrar fails to act for any reason as provided in this Contempt Order, Burberry may provide notice to the registry of the registrar's failure to act and the registry shall, within two (2) business days of such notice, place the Newly-Detected Domains on Registry Lock.

5. Once the Newly-Detected Domains are locked as provided herein, Burberry shall serve the Contempt Order, including this amendment, and the Notice and Order on the Defendant-registrants by email to the contact information associated with the Registrants of the disabled Newly-Detected Domains in the WhoIs database.

6. Within two (2) business days after the service of the Contempt Order, the amendment and the Notice and Order on the Defendant-registrants as set forth in Paragraph 5 has been effectuated, the appropriate domain name registrar or registry shall place the Newly-Detected Domains on Hold so that websites associated with the Newly-Detected Domains do not resolve when queried by a browser.

7. Within twenty (20) business days after the actions set forth in Paragraphs 6 are taken with respect to the Newly-Detected Domains, the registrar(s) and registries as set forth above, with the assistance of Burberry, shall transfer the Newly-Detected Domains to a registrar of Burberry's choosing, and ensure that the registration record for each Newly-Detected Domain is changed to reflect that Burberry is the registrant, and remove all Holds and Locks."

The remainder of the Order Holding Defendants in Civil Contempt entered by Judge Castel in Part I on June 22, 2011 shall remain in full effect and is otherwise unmodified.

**SO ORDERED:**

*/s/ Thomas P. Griesa*

Hon. Thomas P. Griesa
United States District Court Judge
Southern District of New York

Dated: 9/15/11