UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURBERRY LIMITED (UK) and ) <br> BURBERRY LIMITED (US), ) <br> ) <br> Plantiffs, ) <br> ) <br> v. ) <br> ) <br> BURBERRY-SCARVES.COM ) <br> ET AL., ) <br> ) <br> Defendants. ) <br> _____) | 10 Civ. 9240 <br><br> AFFIDAVIT OF SERVICE <br> BY EMAIL |

STATE OF NEW YORK, COUNTY OF NEW YORK SS:

I, Jeremy Botwinick, being duly sworn, depose and state:

I am a licensed process server bearing license number 1227721. At the request of the law firm of: Gioconda Law Group PLLC, I was asked to prepare and email the named defendants in this matter the following documents: Order Finding Newly-Detected Domains Within Scope of Contempt Order 9.26.11, Order Holding Defendants in Civil Contempt, Amendment to June 22, 2011 Order Holding Defendants in Civil Contempt.

On October 17th, 2011 at 9:57am EST I served the aforementioned documents by emailing the email addresses listed in Exhibit A of this Affidavit of Service by Email.

Jeremy Botwinick
License #: 1227721

Sworn to before me on:
10/19/11

Gabriela Galindo
Notary Public, State of New York
No. 01GA6187899
Qualified in Queens County
Commission Expires 6/02/2012

EXHIBIT A

| |
|---|
| a.g.onlinestore@gmail.com |
| burberry-outlet-stores.com@hotmail.com |
| burberry.service@hotmail.com |
| burberrychainstore@hotmail.com |
| burberryhandbagssales@hotmail.com |
| burberryoutletes@hotmail.com |
| burberryoutletonlinesstore@hotmail.com |
| burberryoutletsonline@hotmail.com |
| burberryoutletus@hotmail.com |
| burberryprorsum1@hotmail.com |
| burberryscarfsale1@gmail.com |
| caraoutlet@gmail.com |
| chuckoulet@gmail.com |
| chuckoutlet@gmail.com |
| customerservice@payingsupport.com |
| danshibj@gmail.com |
| jingjiang@163.com |
| littleboy802@gmail.com |
| margaret.brent58@gmail.com |
| outletseller@hotmail.com |
| payment@burberry-bag.com |
| payment@burberry-bags.com |
| payment.rs2@gmail.com |
| privacy@burberry-bag.org |
| privacy@burberry-bags.com |
| ralph.wu917@gmail.com |
| reebokzigtecheasytone@hotmail.com |
| sale.bags@live.com |
| saleoutlet2010@hotmail.com |
| sales@burberry4bags.com |
| sales@burberry4handbags.com |
| sales@burberry-bag.org |
| sales@burberry-bags.com |
| sales@burberrylines.com |
| sales@myburberryshops.com |
| service@burberry-bag.org |
| service@burberry-bags.com |

| |
|---|
| service@burberryscarf.net |
| service@burberry-scarf.net |
| simonoutlet@gmail.com |
| smithoutlet@gmail.com |
| tangmingsheng025@163.com |
| tengteng50@yahoo.com.cn |
| tom.mission@gmail.com |
| tom.mission2010@gmail.com |
| us-burberry-outlet@hotmail.com |
| us-burberrybags@hotmail.com |
| us-burberryhandbags2011@hotmail.com |
| us-burberryoutlets@hotmail.com |
| us-burberryoutletstores@hotmail.com |
| us-burberryshoes@hotmail.com |
| us-burberrytrenchcoatforyou@hotmail.com |
| usa-burberryoutlet@hotmail.com |
| usaburberryoutlet@hotmail.com |
| usburberryoutlet@hotmail.com |
| wholesale@burberry4bags.com |
| wholesale@burberry4handbags.com |
| wholesale@myburberryshops.com |
| yuansheng100@hotmail.com |
| zlk417@163.com |